IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALYSIA ANN FOWLER, AS SUCCESSOR TRUSTEE OF THE BEVERLY ANN HECTOR TRUST,

   Plaintiff,

 v.

WELLS FARGO BANK, N.A., et al.,

   Defendants.

Case No. 13-3188 SC

ORDER TO SHOW CAUSE

  On June 10, 2013, Plaintiff Alysia Ann Fowler ("Plaintiff") filed a state court complaint in this foreclosure action against Defendant Wells Fargo. ECF No. 1 ("Notice of Removal") Ex. A ("Compl."). Defendant removed the case to this Court on July 10. On July 17, Defendant moved to dismiss Plaintiff's complaint. ECF No. 7 ("MTD"). The case was reassigned to the undersigned on July 31, and on August 7, Defendant renoticed its motion for a September 27 hearing. ECF No. 15 ("Renotice MTD"). Plaintiff has not responded to the motion or otherwise participated in litigation since Defendant removed the case from state court.

1      The Court therefore ORDERS Plaintiff to show cause why her
2 case should not be dismissed for failure to prosecute.  Plaintiff
3 has one week from this Order's signature date to file a short
4 statement to that effect.  Failure to do so may result in this
5 case's dismissal.

7      IT IS SO ORDERED.

9      Dated: October 16, 2013            
10                                        UNITED STATES DISTRICT JUDGE