United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALYSIA ANN FOWLER, AS SUCCESSOR TRUSTEE OF THE BEVERLY ANN HECTOR TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No. 13-3188 SC<br><br>ORDER TO SHOW CAUSE |

On June 10, 2013, Plaintiff Alysia Ann Fowler ("Plaintiff") filed a state court complaint in this foreclosure action against Defendant Wells Fargo. ECF No. 1 ("Notice of Removal") Ex. A ("Compl."). Defendant removed the case to this Court on July 10. On July 17, Defendant moved to dismiss Plaintiff's complaint. ECF No. 7 ("MTD"). The case was reassigned to the undersigned on July 31, and on August 7, Defendant renoticed its motion for a September 27 hearing. ECF No. 15 ("Renotice MTD"). Plaintiff has not responded to the motion or otherwise participated in litigation since Defendant removed the case from state court.

1    The Court therefore ORDERS Plaintiff to show cause why her
2 case should not be dismissed for failure to prosecute.  Plaintiff
3 has one week from this Order's signature date to file a short
4 statement to that effect.  Failure to do so may result in this
5 case's dismissal.
6
7    IT IS SO ORDERED.
8
9    Dated: October 16, 2013                
10                                      UNITED STATES DISTRICT JUDGE