IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALYSIA ANN FOWLER, AS SUCCESSOR TRUSTEE OF THE BEVERLY ANN HECTOR TRUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No. 13-3188 SC<br><br>ORDER DISMISSING CASE |

On October 16, the Court ordered Plaintiff Alysia Ann Fowler to explain why she has not responded to Defendant Wells Fargo Bank, N.A.'s motion to dismiss or otherwise participated in litigation since her case's removal from state court. ECF No. 17 at 1-2. The Court gave Plaintiff one week to file her statement, or else her case would be dismissed with prejudice for failure to prosecute. Id.

///

///

///

1 Plaintiff has failed to comply with the Court's Order.
2 Accordingly, this case is DISMISSED WITH PREJUDICE.

4 IT IS SO ORDERED.



6 Dated: October 30, 2013

7 UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California